# EXHIBIT B

## Portus Singapore Pte Ltd. v. Trane Technologies
## Infringement Chart for U.S. Patent No. 8,914,526

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| 57. A system for remote access of user premises networks located in respective user premises, said system comprising: | Trane Technologies Company, LLC provides a system for remote access of user premises networks located in respective user premises.<br><br>For example, Trane Technologies Company, LLC provides Smart Thermostat(for example, XL824 Thermostat) deployed within a home (user premises) and connected to Trane Home app services for remote monitoring/control) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.trane.com/residential/en/products/thermostats-and-controls/smart-thermostats/ |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| |  Source: https://www.trane.com/residential/en/resources/smart-home-app/ <br><br> The press releases is dated October 18, 2021," supporting that the system (smart thermostat and Trane Home app) existed by (and likely before) 2020. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | **Trane and Schlage Launch Nexia™ Home Intelligence System and Take Smart Home to a New Level**<br><br>JAN 10, 2012<br><br>PDF **DOWNLOAD**<br><br>*A 2012 International Consumer Electronics Show Design and Engineering Honoree*<br><br>**Las Vegas, January 10, 2012 –** Ingersoll Rand, a world leader in creating and sustaining safe, comfortable and efficient environments, unveils the latest innovations from its Trane and Schlage brands during the 2012 International Consumer Electronics Show (CES) this month. The company relaunches its Schlage LiNK™ system as part of Nexia™ Home Intelligence, a smart home automation system that leverages the advanced technologies of two powerhouse home industry leaders — Trane and Schlage — to make everything in a home speak one simple language. Nexia enables consumers to remotely manage features and functions in their homes, including door locks, heating and cooling, video surveillance, lights, shades and energy usage via any Web-enabled computer and most smartphones. **Nexia, which is also a 2012 International Consumer Electronics Show Design and Engineering honoree, is showcased in booth 20842 in the South Hall.**<br><br>"Nexia Home Intelligence is entirely rooted in the real-world needs of everyday households," said John Evans, president of Residential Security at Ingersoll Rand. "With its advanced technologies, Nexia makes a home truly responsive to homeowners' growing desire for safety, comfort and efficiency while supporting today's mobile lifestyles."<br><br>**Nexia Delivers on Homeowners' Demands and More with New Interface Features**<br>As smart home technology has advanced, so has Nexia Home Intelligence, which currently provides customized capabilities across a variety of price points. Not only can homeowners kick on the heat with a Trane ComfortLink™ II Control, unlock the front door with Schlage locks, and switch on lights while away from home — they can also receive a text alert when their kids arrive home from school safely, the pet sitter comes and goes, or a contractor arrives and then departs after completing a job.<br><br>Source: https://investors.tranetechnologies.com/news-and-events/news-releases/news-release-details/2012/Trane-and-Schlage-Launch-Nexia-Home-Intelligence-System-and-Take-Smart-Home-to-a-New-Level/default.aspx |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | ## Trane® Rebrands Nexia™ Home Intelligence to Trane® Home<br><br>**Published:**<br>October 18, 2021<br><br>**DAVIDSON, N.C., Oct. 18, 2021** – Today, **Trane** Residential, a leading global provider of home comfort systems and services, announced the launch of **Trane Home**, a smart home integration platform that offers advanced diagnostic features for heating, ventilation and air conditioning (HVAC) systems. Formerly known as Nexia™ Home Intelligence, **Trane Home** allows homeowners to conveniently manage indoor comfort and monitor air quality through a connected experience, ensuring all systems are optimized for performance.<br><br>Through the Trane Home app, homeowners can remotely adjust their connected thermostats and set heating and cooling schedules, control lighting and manage appliances, door locks, security systems and much more. For the first time, the technology includes an integration with Awair Element, an intuitive and easy-to-use IAQ monitor, which allows homeowners to monitor their indoor air quality score. The Trane HVAC system works behind the scenes to automatically take action if levels fall below ideal conditions for a user's personal settings. Alternatively, Trane technicians can now access and make recommendations based on IAQ scores for customers who opt in. Plus, the commands can be voice-activated through Amazon Alexa and Google Home.<br><br>Source: https://www.trane.com/residential/en/resources/blog/press-releases/trane-rebrands-nexia-home-intelligence-trane-home/<br><br><br>Date Available on Market of XL824 is 04/05/2019 |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | <br><br>source: https://www.energystar.gov/productfinder/product/certified-connected-thermostats/details/2336674 |
| [57A] a first network (a) located external to said | The system includes a first network (Trane Cloud / services network) located external to said user premises; including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access (to manage |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| user premises, (b) including a first arrangement of processing circuitry comprising at least one hardware processor programmed to control network access, and (c) including a hardware user access browser device that comprises a processor running an access browser; and | accounts, device registration, device state synchronization, and remote access);  and  including a hardware user access browser device that comprises a processor running an access browser (user smartphones/tablets running the Trane Home app (and/or web sign-in to Trane cloud) or control panel of the Smart Thermostat).<br><br>*INTRODUCING*<br>**Trane Home App**<br><br>Enjoy next-level comfort and control with the Trane Home app. Connect your smart comfort system to the app so you can adjust your temperature, set your schedule and monitor your HVAC usage from virtually anywhere.<br><br><br><br><br><br>Source: https://www.trane.com/residential/en/resources/smart-home-app/ |

| U.S. Patent No. 8,914,526 | **<u>Trane Technologies</u>** |
|---|---|
| | <br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

Page 7 of 30

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| | **Trane Home allows you to:**<br><br>• Monitor and control your HVAC system using an internet-enabled smartphone, tablet or computer from anywhere in the world.<br>• Build a network of up to 230 Z-Wave enabled products on one account.<br>• View weather information including outdoor temperature, five-day forecasts, radar and weather alerts.<br>• Receive text and e-mail notifications that inform you of happenings in your home.<br>• Receive software updates automatically.<br>• Automatically adjust your temperature set points, helping to reduce your overall energy consumption by learning your comfort preferences.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | <br><br>Source: https://www.tranehome.com/account/signup |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | 824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [57B] a plurality of second arrangements of processing circuitry each comprising at least one hardware processor programmed to control network access, each of at least a subset of which is located in a respective one of the | The system includes a plurality of second arrangements (the smart thermostat deployed in users' homes), the smart thermostat deployed in users' homes (each with embedded processors and network interfaces) and connected as devices on the user's home network (e.g., Wi-Fi router) to control network access (access your smart devices for example, heating and cooling system). Each smart thermostat is part of the user premises network and participates in network access under local control and Trane cloud coordination. |

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| user premises and part of the respective user premises network of the respective user premises; | **Our Best Value**<br><br>**XL824 Thermostat**<br><br>★★★★⯪ 4.5 (3154)<br><br>Control your home temperature and two indoor air quality products at one time.<br><br>Source: https://www.trane.com/residential/en/products/thermostats-and-controls/smart-thermostats/ |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | **Start Here!**<br><br>The User Setup Wizard guides you through the XL824's user configurable settings.<br><br>To complete the Setup Wizard and connect the XL824 to Trane Home, you need:<br><br>• A high-speed connection to the Internet (wired or wireless)<br>• Your wireless (WiFi) network name and password<br>• An internet browser<br>• A valid e-mail address<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | <br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf<br><br>The smart thermostat can connect to a temperature & humidity sensor(ZSENS930)  to monitor the sensor. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | **Z-Wave™ Temperature & Humidity Sensor**<br>ZSENS930AW00MA Installer Guide<br><br>This sensor should be installed by a qualified HVAC technician.<br><br>**After installation, allow 10 minutes for the temperature readings to stabilize.**<br><br>NOTE: This document is intended for use with software version 5.4 or newer when using this sensor with a Trane ® or American Standard ® connected thermostat (824/850/1050).<br><br>INSTALLATION – adding a ZSENS930 to a new or existing Z-Wave network<br><br>STEP 1 – Find the right location<br><br>Suggested criteria for finding the right sensor location when used to control a home or as a thermostat sensor:<br>1. Do not place near a supply register.<br>2. Do not place near windows or on an exterior wall.<br>3. Do not place behind doors or where air flow can be blocked by furniture.<br>4. Do not place where it may be subject to unnecessary or extreme temperature changes; unintended influences may cause adverse environment sensing.<br>5. The optimum zone for correct placement of the sensor is at least 5 feet above the floor and at least 2 feet below the ceiling.<br><br>Top → Back Plate / Front Plate<br><br>Scan the QR code to view help videos<br><br>Source: https://www.manualslib.com/manual/2604811/Trane-Zsens930aw00ma.html#manual |
| [57C] wherein:<br>said first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements;; | The first circuitry arrangement is adapted by its programming to initiate an establishment of network connections to said second circuitry arrangements.<br><br>For example, Trane Home/Nexia cloud service provides remote access features; cloud-side services necessarily communicate with enrolled thermostats to implement remote monitoring/control. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | <br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | Las Vegas, January 10, 2012 – Ingersoll Rand, a world leader in creating and sustaining safe, comfortable and efficient environments, unveils the latest innovations from its Trane and Schlage brands during the 2012 International Consumer Electronics Show (CES) this month. The company relaunches its Schlage LiNK$^{TM}$ system as part of Nexia$^{TM}$ Home Intelligence, a smart home automation system that leverages the advanced technologies of two powerhouse home industry leaders — Trane and Schlage — to make everything in a home speak one simple language. Nexia enables consumers to remotely manage features and functions in their homes, including door locks, heating and cooling, video surveillance, lights, shades and energy usage via any Web-enabled computer and most smartphones. **Nexia, which is also a 2012 International Consumer Electronics Show Design and Engineering honoree, is** showcased in booth 20842 in the South Hall.<br><br>Source:   https://investors.tranetechnologies.com/news-and-events/news-releases/news-release-details/2012/Trane-and-Schlage-Launch-Nexia-Home-Intelligence-System-and-Take-Smart-Home-to-a-New-Level/default.aspx |
| [57D] the user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks; | The user access browser located on the first network is usable, by input of Uniform Resource Locators (URL), for locating and examining information on said first network and said user premises networks.<br><br>For example, Users access the system by visiting the Trane Home / Nexia web portal URLs (e.g., tranehome.com, mynexia.com) in a browser and/or using the mobile app, to view thermostat information. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | **Trane Home Registration**<br><br>To control your home climate system from your web enabled smartphone, tablet or computer follow these steps.<br><br>Step 1. Go to www.tranehome.com or use your mobile app to setup a Trane Home account. Download the Trane Home mobile app from the Google Play™ Store or App Store®, then launch the app. If you already have an account, log in and go to Step 3.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf<br><br>https://web.archive.org/web/20211204235039/https://www.nexiahome.com/support/3358-2<br><br>INTERNET ARCHIVE WaybackMachine    https://www.nexiahome.com/support/3358-2<br>5 captures<br>4 Dec 2021 - 2 Feb 2026    PRODUCTS    WHY NEXIA    LEARN MORE    PARTNERS<br><br>• You can log in to your system via our web portal at mynexia.com or use your mobile app from anywhere with an internet connection.<br><br>Source: https://web.archive.org/web/20211204235039/https://www.nexiahome.com/support/3358-2 |
| [57E] each of the at least the subset of | Each of the at least the subset of second circuitry arrangements is accessible by the first circuitry arrangement. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| second circuitry arrangements is accessible by the first circuitry arrangement; | An enrolled thermostat is tied to the user's Trane Home account; once enrolled, it is accessible via the Trane Home/Nexia service for remote features.<br><br>**Trane Home Registration**<br><br>**Trane Home Registration**<br>To control your home climate system from your web enabled smartphone, tablet or computer follow these steps.<br><br>Step 1. Go to www.tranehome.com or use your mobile app to setup a Trane Home account. Download the Trane Home mobile app from the Google Play™ Store or App Store®, then launch the app. If you already have an account, log in and go to Step 3.<br><br>Step 2. Select **SIGN UP NOW** to set up an account or log in to an existing account.<br><br>Step 3. From the mobile app Dashboard select the Menu icon and then select **CONNECT NEW DEVICE**.<br><br>Step 4. Select the **Trane® or American Standard® smart thermostat: 824, 850, or 1050 model** drop down arrow.<br><br>Step 5. Select **CONTINUE**.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | ### Learn<br><br>To add the bridge to an existing network, follow your primary controller's instructions to put the primary controller into Add Mode. Then select the Learn button on the bridge.<br><br>This function copies a new Z-Wave network to the bridge from another controller. This function is not allowed if your bridge is a primary controller with included Z-Wave devices.<br><br>### Unregister<br><br>Removes the bridge from Trane Home.  All remote control features will be disabled.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [57F] responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first | Responsive to user-input of a URL in accordance with which said user access browser accesses a predetermined location on said first network to which address the URL corresponds, said first circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control.<br><br>For example, User logs in via web portal/app; account credentials and device enrollment/authorization data determine which thermostat (premises network) the user is authorized to monitor/control. |

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| circuitry arrangement subsequently, by execution of its programming: determines which one of said user premises networks in which one of said second circuitry arrangements is located authorization data indicates authority to at least one of monitor and control; |

Source: https://www.tranehome.com/account/signup |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | When enrolled to a Trane Home account, the XL824 is a Z-Wave Plus™ security-enabled device that can serve as a central hub for an entire network of home automation devices from different manufacturers and product categories, including all non-battery powered devices that will act as repeaters on your network. The XL824 can display local weather conditions, five-day forecasts and National Weather Service warnings and alerts. See the section on adding Z-Wave Devices for more information on taking advantage of this functionality.<br><br>A basic Trane Home account subscription is included with the XL824 Control at no additional charge.<br><br>NOTE: Adding additional devices may add charges to your Trane Home account.<br><br>To create your Trane Home account go to www.tranehome.com.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
| --- | --- |
| | # Trane Home Registration<br><br>**Trane Home Registration**<br>To control your home climate system from your web enabled smartphone, tablet or computer follow these steps.<br><br>Step 1. Go to www.tranehome.com or use your mobile app to setup a Trane Home account. Download the Trane Home mobile app from the Google Play™ Store or App Store®, then launch the app. If you already have an account, log in and go to Step 3.<br><br><br><br>Step 2. Select **SIGN UP NOW** to set up an account or log in to an existing account.<br><br>  <br><br>Step 3. From the mobile app Dashboard select the Menu icon ☰ and then select **CONNECT NEW DEVICE**.<br><br>Step 4. Select the **Trane®** or **American Standard® smart thermostat: 824, 850, or 1050 model** drop down arrow.<br><br>Step 5. Select **CONTINUE**.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | # Adding/Removing Z-Wave Devices<br><br>To Add or Remove Z-Wave Devices select: **Home Screen > Menu > Smart Home**<br><br>Your XL824 is designed to integrate seamlessly with your Trane Home account.<br><br>**Adding Z-Wave Devices**<br>1. From the **HOME** Screen, select **MENU**, then select **SMART HOME**.<br>2. Select **ADD DEVICE** and follow the device manufacturer's instructions for setting the Z-Wave device into learn mode. You will have<br><br>**Z-Wave Bridge**<br><br>⬤ **Connected to Trane Home**<br><br>Add Device    Remove Device    Advanced    Update Network<br><br>⬤ **Z-Wave network active with 0 nodes**<br><br>🏠 Home                        ← Back<br><br>824 User Guide<br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [57G] initiates an establishment of a | initiates an establishment of a network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user |

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| network connection to said one of said second circuitry arrangements to create a new communications session for a temporary interconnection between said first network and said determined one of said user premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network: | premises networks to at least one of control and monitor operation of at least one of the one or more devices of said user premises network, by which communications session the first network.<br><br>For example, When the user issues a remote command or requests status via the Trane Home/Nexia portal/app, the cloud service initiates communications with the enrolled thermostat to control/monitor it.<br><br>**Energy Savings**<br>When the XL824 is connected to Trane Home account, you may adjust the Energy Savings service to High, Medium, Low or Off within the mobile app.<br><br>The Energy Savings service makes small temperature adjustments automatically to reduce the time the air conditioner and heater operates; fewer hours running these systems can result in lower HVAC-related energy costs.<br><br>Our patented software analyzes information from the XL824 to understand how your system performs. When combined with weather information, the service makes small temperature adjustments every day.<br><br>If you'd like to change the temperature, the service adapts every time a thermostat setting is changed and incorporates your adjustments to fine-tune the service, while ensuring your comfort.<br><br>824 User Guide<br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | 824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [57H] obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network; and | Obtains information contained within the user premises network from the second circuitry arrangement of the determined user premises network.<br><br>Thermostat operating information (temperature, setpoints, HVAC usage/status) is obtained from the thermostat and presented to the user through the Trane Home/Nexia cloud web portal/app interface. |

| U.S. Patent No.<br>8,914,526 | **Trane Technologies** |
|---|---|
| | <br>Source: https://www.trane.com/residential/en/resources/smart-home-app/ |
| [57I] using a web server, serves to the user access browser the information from the second circuitry arrangement of the determined user premises network; | Using a web server(Trane cloud server), serves to the user access browser( Trane home app) the information from the second circuitry arrangement of the determined user premises network; |

Page 26 of 30

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | **Get Connected**<br><br>The XL824 Smart Control can be accessed remotely with your smart device and it can serve as the central hub of an entire network of smart home devices. To fully enjoy these benefits your XL824 must be connected to a Trane Home account. Trane Home provides an all-in-one cloud based app that allows you to access your XL824 anytime/anywhere connecting your smart devices through Z-Wave technology. See the full line of available features and functions at:<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [57J] the communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser; and | The communications session provides a seamless access to information stored on said determined one of said user premises networks from said user access browser.<br><br>From the user perspective, the Trane Home/Nexia portal/app provides direct, seamless remote viewing/control of the thermostat without exposing the local network details. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| | <br><br>**Keep it cool (or hot, whichever you prefer)**<br><br>Use the Trane Home app to take instant control over how your home feels. Create your ideal temp and keep things as cool or cozy as you like.<br><br>Source: https://www.trane.com/residential/en/resources/smart-home-app/ |
| [57K]the at least one of control and monitoring of the at least one | The at least one of control and monitoring of the at least one device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. |

| U.S. Patent No. 8,914,526 | **Trane Technologies** |
|---|---|
| device using the first circuitry arrangement is possible only by interaction with information served by said one of said second circuitry arrangements. | For example, remote control actions (e.g., set temperature/schedule) and remote monitoring depend on thermostat-provided state/telemetry served through the portal/app UI; user interaction occurs through that information/UI.<br><br>**INTRODUCING**<br>**Trane Home App**<br><br>Enjoy next-level comfort and control with the Trane Home app. Connect your smart comfort system to the app so you can adjust your temperature, set your schedule and monitor your HVAC usage from virtually anywhere.<br><br>GET IT ON Google Play<br>Download on the App Store<br><br>Source: https://www.trane.com/residential/en/resources/smart-home-app/ |

Page 29 of 30

| U.S. Patent No. 8,914,526 | Trane Technologies |
|---|---|
| | **Get Connected** The XL824 Smart Control can be accessed remotely with your smart device and it can serve as the central hub of an entire network of smart home devices. To fully enjoy these benefits your XL824 must be connected to a Trane Home account. Trane Home provides an all-in-one cloud based app that allows you to access your XL824 anytime/anywhere connecting your smart devices through Z-Wave technology. See the full line of available features and functions at:<br><br>**http://www.tranehome.com**<br>For tutorials search: XL824.<br><br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |