# EXHIBIT D

**Portus Singapore Pte Ltd. v. Trane Technologies**
**Infringement Chart for U.S. Patent No 9,961,097**

| U.S. Patent No. 9,961,097 | Trane Technologies |
|---|---|
| 1. A system for remote access of a user premises comprising: | Trane Technologies Company, LLC provides a system for remote access of user premises<br><br>For example, Trane Technologies Company, LLC provides smart Thermostat (for example, XL824 Thermostat) deployed within a home (user premises) and connected to Trane Home app services for remote monitoring/control) for remote access of user premises networks located in respective user premises,<br><br><br><br>Source: https://www.trane.com/residential/en/products/thermostats-and-controls/smart-thermostats/ |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | <br><br>Source: https://www.trane.com/residential/en/resources/smart-home-app/<br><br><br>The press releases is dated October 18, 2021," supporting that the system (smart thermostat and Trane Home app) existed by (and likely before) 2020. |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | ## Trane and Schlage Launch Nexia™ Home Intelligence System and Take Smart Home to a New Level<br><br>JAN 10, 2012<br><br>**DOWNLOAD**<br><br>*A 2012 International Consumer Electronics Show Design and Engineering Honoree*<br><br>**Las Vegas, January 10, 2012 –** Ingersoll Rand, a world leader in creating and sustaining safe, comfortable and efficient environments, unveils the latest innovations from its Trane and Schlage brands during the 2012 International Consumer Electronics Show (CES) this month. The company relaunches its Schlage LiNK™ system as part of Nexia™ Home Intelligence, a smart home automation system that leverages the advanced technologies of two powerhouse home industry leaders — Trane and Schlage — to make everything in a home speak one simple language. Nexia enables consumers to remotely manage features and functions in their homes, including door locks, heating and cooling, video surveillance, lights, shades and energy usage via any Web-enabled computer and most smartphones. **Nexia, which is also a 2012 International Consumer Electronics Show Design and Engineering honoree, is showcased in booth 20842 in the South Hall.**<br><br>"Nexia Home Intelligence is entirely rooted in the real-world needs of everyday households," said John Evans, president of Residential Security at Ingersoll Rand. "With its advanced technologies, Nexia makes a home truly responsive to homeowners' growing desire for safety, comfort and efficiency while supporting today's mobile lifestyles."<br><br>**Nexia Delivers on Homeowners' Demands and More with New Interface Features**<br>As smart home technology has advanced, so has Nexia Home Intelligence, which currently provides customized capabilities across a variety of price points. Not only can homeowners kick on the heat with a Trane ComfortLink™ II Control, unlock the front door with Schlage locks, and switch on lights while away from home — they can also receive a text alert when their kids arrive home from school safely, the pet sitter comes and goes, or a contractor arrives and then departs after completing a job.<br><br>Source:      https://investors.tranetechnologies.com/news-and-events/news-releases/news-release-details/2012/Trane-and-Schlage-Launch-Nexia-Home-Intelligence-System-and-Take-Smart-Home-to-a-New-Level/default.aspx<br><br>Date Available on Market of XL824 is 04/05/2019 |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | <br><br>source: https://www.energystar.gov/productfinder/product/certified-connected-thermostats/details/2336674 |
| [1A] a first hardware processing circuitry running an access | The system includes a first hardware processing circuitry running an access browser module (user smartphones/tablets running a web browser to access Trane Home app or control panel of the Smart Thermostat), a second hardware processing circuitry (Trane cloud services) located in a first network(Tran cloud services network) |

| U.S. Patent No. 9,961,097 | Trane Technologies |
|---|---|
| browser module; a second hardware processing circuitry located in a first network; and | **Keep it cool (or hot, whichever you prefer)** Use the Trane Home app to take instant control over how your home feels. Create your ideal temp and keep things as cool or cozy as you like. Source: https://www.trane.com/residential/en/resources/smart-home-app/ |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | <br><br> 824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1B] a connection gateway that is located in, and is part of a local network of, the user premises; | The smart Thermostat acts as a connection gateway, that is located in, and is part of a local network of, the user premises.<br><br>The smart Thermostat includes Z-Wave support, connects Thread devices, Bridges Z-Wave ↔ Wi-Fi/Ethernet, Allows Z-Wave devices to interact with the Smart Thermostat/ Trane Home app.<br><br>The smart Thermostat Max functions as a smart-home gateway for Bridges Z-Wave devices. |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | **Start Here!**<br><br>The User Setup Wizard guides you through the XL824's user configurable settings.<br><br>To complete the Setup Wizard and connect the XL824 to Trane Home, you need:<br><br>• A high-speed connection to the Internet (wired or wireless)<br>• Your wireless (WiFi) network name and password<br>• An internet browser<br>• A valid e-mail address<br><br>**Screer**<br>• Adju save<br><br>**Screer**<br>• Cho Hon<br><br>**Sched**<br>• Set or 1-To<br><br>**Guide**<br>• Auto ansv<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 9,961,097 | **<u>Trane Technologies</u>** |
|---|---|
| | **Get Connected** <br><br> The XL824 Smart Control can be accessed remotely with your smart device and it can serve as the central hub of an entire network of smart home devices. To fully enjoy these benefits your XL824 must be connected to a Trane Home account. Trane Home provides an all-in-one cloud based app that allows you to access your XL824 anytime/anywhere connecting your smart devices through Z-Wave technology. See the full line of available features and functions at: <br><br> 824 User Guide <br><br> Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| |

824 User Guide
Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf

For example, the Z-Wave device can be a temperature & humidity sensor (ZSENS930). |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | Source: https://www.manualslib.com/manual/2604811/Trane-Zsens930aw00ma.html#manual |
| [1C] wherein: the second hardware processing circuitry is external to the user premises, is accessible via the access browser module, and is configured to communicate on-demand with the connection gateway; | The second hardware processing circuitry (Trane cloud services) is external to the user premises, is accessible via the access browser module (Trane home app) or control panel of the Smart Thermostat, and is configured to communicate on-demand with the connection gateway |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | **Trane Home** <br><br> When enrolled to a Trane Home account, the XL824 is a Z-Wave Plus™ security-enabled device that can serve as a central hub for an entire network of home automation devices from different manufacturers and product categories, including all non-battery powered devices that will act as repeaters on your network. The XL824 can display local weather conditions, five-day forecasts and National Weather Service warnings and alerts. See the section on adding Z-Wave Devices for more information on taking advantage of this functionality. <br><br> A basic Trane Home account subscription is included with the XL824 Control at no additional charge. <br><br> NOTE: Adding additional devices may add charges to your Trane Home account. <br><br> To create your Trane Home account go to www.tranehome.com. <br><br> Control everything from anywhere with a smartphone or computer <br> Up to 230 separate Z-Wave devices <br> Cameras <br> Motion Sensors <br> Appliance Modules <br> Wall Receptacles <br> Doorlocks and Deadbolts <br><br> 824 User Guide <br><br> Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1D] the connection gateway is integrated with or communicatively coupled to one or more networked components | the connection gateway (the Smart Thermostat)  is integrated with or communicatively coupled to one or more networked components (camera, motion sensors et.ai.)  of the local network of the user premises |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| of the local network of the user premises; and | When enrolled to a Trane Home account, the XL824 is a Z-Wave Plus™ security-enabled device that can serve as a central hub for an entire network of home automation devices from different manufacturers and product categories, including all non-battery powered devices that will act as repeaters on your network. The XL824 can display local weather conditions, five-day forecasts and National Weather Service warnings and alerts. See the section on adding Z-Wave Devices for more information on taking advantage of this functionality.<br><br>A basic Trane Home account subscription is included with the XL824 Control at no additional charge.<br><br>NOTE: Adding additional devices may add charges to your Trane Home account.<br><br>To create your Trane Home account go to www.tranehome.com.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1E] the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware | the system is configured such that user-input of a Uniform Resource Locator (URL), in accordance with which the first hardware processing circuitry, using the access browser module, accesses an address on the first network.<br><br>Trane home (located on the first network) operates as access-browser functionality to locate and retrieve information from Trane cloud and from the user's device state, Requests use URL/URI-addressed resources (HTTP/HTTPS endpoints). User selections |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| processing circuitry, using the access browser module, accesses an address on the first network, begins a sequence in which the second hardware processing circuitry responsively serves to the first hardware processing circuitry, via the access browser module, information regarding at least one of the one or more networked components of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, | within the UI (e.g., choosing device such as Nest cam) cause the client to access predetermined URL/URI locations corresponding to those services/resources. begins a sequence in which the second hardware processing circuitry(Trane cloud services) responsively serves to the first hardware processing circuitry, via the access browser module (Trane home app), information regarding at least one of the one or more networked components ( HVAC) of the local network, which information the second hardware processing circuitry obtains from the connection gateway without a direct communicative coupling between the second hardware processing circuitry and the at least one networked component of the local network, <br><br> **Trane Home** <br><br> When enrolled to a Trane Home account, the XL824 is a Z-Wave Plus™ security-enabled device that can serve as a central hub for an entire network of home automation devices from different manufacturers and product categories, including all non-battery powered devices that will act as repeaters on your network. The XL824 can display local weather conditions, five-day forecasts and National Weather Service warnings and alerts. See the section on adding Z-Wave Devices for more information on taking advantage of this functionality. <br><br> A basic Trane Home account subscription is included with the XL824 Control at no additional charge. <br><br> NOTE: Adding additional devices may add charges to your Trane Home account. <br><br> To create your Trane Home account go to www.tranehome.com. <br><br>   |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | 824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1F] wherein the sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry, and wherein: | The sequence includes the first hardware processing circuitry transmitting to the second hardware processing circuitry authentication data (Trane Account Credentials) indicating authority to access the at least one networked component of the local network, the transmission of the authentication data being required for the serving of the information to the first hardware processing circuitry,<br><br><br><br>Source: https://www.tranehome.com/account/signup |

| U.S. Patent No. 9,961,097 | Trane Technologies |
|---|---|
|  | **Trane Home Registration** To control your home climate system from your web enabled smartphone, tablet or computer follow these steps. Step 1. Go to www.tranehome.com or use your mobile app to setup a Trane Home account. Download the Trane Home mobile app from the Google Play™ Store or App Store®, then launch the app. If you already have an account, log in and go to Step 3. 824 User Guide Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1G] the user premises is one of a plurality of user premises; the connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises, and to each of which the second hardware processing circuitry is configured to connect; and | The user premises is one of a plurality of user premises ( the system can control several home), each home is a user premise. The connection gateway is one of a plurality of connection gateways, each of which is located in, and is part of a respective local network of, a respective one of the plurality of user premises ( each home can have a Smart Thermostat), and to each of which the second hardware processing circuitry (Trane cloud services) is configured to connect. |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| | 824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1H] the sequence further including the second hardware processing circuitry determining which one of the local networks the authentication data indicates authority to access, | the sequence further including the second hardware( Trane cloud services)  processing circuitry determining which one of the local networks the authentication data indicates authority to access, (the device corresponding to Traneaccount can be accessed) |

| U.S. Patent No.<br>9,961,097 | **Trane Technologies** |
|---|---|
| | ## Trane Home Registration<br><br>**Trane Home Registration**<br>To control your home climate system from your web enabled smartphone, tablet or computer follow these steps.<br><br>Step 1.  Go to www.tranehome.com or use your mobile app to setup a Trane Home account. Download the Trane Home mobile app from the Google Play™ Store or App Store®, then launch the app. If you already have an account, log in and go to Step 3.<br><br>Step 2.  Select **SIGN UP NOW** to set up an account or log in to an existing account.<br><br>Step 3.  From the mobile app Dashboard select the Menu icon and then select **CONNECT NEW DEVICE**.<br><br>Step 4.  Select the **Trane® or American Standard® smart thermostat: 824, 850, or 1050 model** drop down arrow.<br><br>Step 5.  Select **CONTINUE**.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1I] the sequence further including the second hardware processing circuitry establishing a new communication | The sequence further including the second hardware processing circuitry establishing a new communication session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, |

| U.S. Patent No. 9,961,097 | Trane Technologies |
|---|---|
| session between the first hardware processing circuitry and the connection gateway of the respective local network that the authentication data indicates authority to access upon verification of the authentication data, and | **Get Connected**<br><br>The XL824 Smart Control can be accessed remotely with your smart device and it can serve as the central hub of an entire network of smart home devices. To fully enjoy these benefits your XL824 must be connected to a Trane Home account. Trane Home provides an all-in-one cloud based app that allows you to access your XL824 anytime/anywhere connecting your smart devices through Z-Wave technology. See the full line of available features and functions at:<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1J] wherein the second hardware processing circuitry receives, via the connection gateway, selected information from at least one of the networked components of the local network of the user premises, and stores the selected information in the first network for subsequent review by a user associated with the user premises, without requiring the user to provide the | The second hardware processing circuitry receives, via the connection gateway, selected information  from at least one of the networked components (HVAC) of the local network of the user premises, and stores the selected information in the first network (trane cloud)  for subsequent review ( Monitor) by a user associated with the user premises, without requiring the user to provide the authentication data |

| U.S. Patent No. 9,961,097 | Trane Technologies |
|---|---|
| authentication data, and | **Trane Home allows you to:**<br><br>• Monitor and control your HVAC system using an internet-enabled smartphone, tablet or computer from anywhere in the world.<br>• Build a network of up to 230 Z-Wave enabled products on one account.<br>• View weather information including outdoor temperature, five-day forecasts, radar and weather alerts.<br>• Receive text and e-mail notifications that inform you of happenings in your home.<br>• Receive software updates automatically.<br>• Automatically adjust your temperature set points, helping to reduce your overall energy consumption by learning your comfort preferences.<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |
| [1K] wherein the authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored | The authority to access the at least one networked component of the local network by transmitting the authentication data also provides authority to access and review the previously stored selected information in the first network via the access browser module |

| U.S. Patent No. 9,961,097 | **Trane Technologies** |
|---|---|
| selected information in the first network via the access browser module. | <br><br>**Get Connected**<br><br>The XL824 Smart Control can be accessed remotely with your smart device and it can serve as the central hub of an entire network of smart home devices. To fully enjoy these benefits your XL824 must be connected to a Trane Home account. Trane Home provides an all-in-one cloud based app that allows you to access your XL824 anytime/anywhere connecting your smart devices through Z-Wave technology. See the full line of available features and functions at:<br><br>824 User Guide<br><br>Source: https://www.trane.com/pdf/032-5090-06C-EN.pdf |